UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. JOHNSON, an individual, CYNTHIA A. MITCHELL, an individual, and as successor-in-interest and personal representative of decedent MARIO D.S.M. ROMERO,<br><br>            Plaintiffs,<br><br>  v.<br><br>THE CITY OF VALLEJO, a municipality and charter city, POLICE OFFICER DUSTIN B. JOSEPH, an individual, POLICE OFFICER SEAN G. KENNEY, an individual, VALLEJO CHIEF OF POLICE JOSEPH M. KREINS, an individual and DOES 1-5, inclusive,<br><br>            Defendants. | Case No. 2:13-CV-01072 JAM-KJN<br><br><br><br><br><br><br><br><br><br>RELATED CASE ORDER |
| N.R., a minor, by and through her guardian ad litem, NATASHA STEPHENS; DAREK MARTIN and D.M., minors, by and through their guardian ad litem CYNQUITA MARTIN; CYNQUITA MARTIN, individually; AHN KHE HARRIS, individually, and AHN LOC HARRIS, individually<br><br>            Plaintiffs,<br><br>  v.<br><br>THE CITY OF VALLEJO, a government entity; JOSEPH M. | Case No. 2:13-CV-02060 MCE-DAD |

1

| | |
|---|---|
| 1 | KREINS, Chief of the Vallejo   ) |
|   | Police Department; DUSTIN V.   ) |
| 2 | JOSEPH, Officer in the Vallejo ) |
|   | Police Department; SEAN G.     ) |
| 3 | KENNEY, Officer in the Vallejo ) |
|   | Police Department; and DOES 1- ) |
| 4 | 50,                            ) |
|   |                                ) |
| 5 | _____Defendants._____) |

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that the action denominated 2:13-CV-02060 MCE-DAD be reassigned to Judge John A. Mendez and Magistrate Kendall J. Newman for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:13-CV-02060 JAM-KJN.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

Dated: January 17, 2014      /s/ John A. Mendez_____
                                     JOHN A. MENDEZ
                                       United States District Court Judge