1  CLAUDIA QUINTANA
   City Attorney, SBN 178613
2  BY: KELLY J. TRUJILLO
   Deputy City Attorney, SBN 244286
3  CITY OF VALLEJO, City Hall
   555 Santa Clara Street, P.O. Box 3068
4  Vallejo, CA 94590
   Tel: (707) 648-4545
5  Fax: (707) 648-4687

6  MARK A. JONES, SBN 96494
   KRISTEN K. PRESTON, SBN 125455
7  JONES & DYER
   A Professional Corporation
8  1800 J Street
   Sacramento, CA 95811
9  Tel: (916) 552-5959
   Fax: (916) 442-5959
10

11 Attorneys for Defendants City of Vallejo, Officer Dustin B. Joseph,
   Officer Sean G. Kenney and Vallejo Chief of Police Joseph M. Kreins
12
                        IN THE UNITED STATES DISTRICT COURT
13
                           EASTERN DISTRICT OF CALIFORNIA
14

15 | JOSEPH L. JOHNSON, an individual, | Case No.: 2:13-CV-01072-JAM-KJN |
|---|---|
| CYNTHIA A. MITCHELL, an individual, and as successor-in-interest and personal representative of decedent MARIO D.S.M. ROMERO, | (Consolidated with Case No.: 2:13-CV-02060-JAM-KJN) |
| | STIPULATION AND ORDER REGARDING CONSENT TO BE BOUND BY PROTECTIVE ORDER |
| Plaintiffs, | |
| vs. | |
| THE CITY OF VALLEJO, a municipality and charter city, POLICE OFFICER DUSTIN B. JOSEPH, an individual, POLICE OFFICER SEAN G. KENNEY, an individual, VALLEJO CHIEF OF POLICE JOSEPH M. KREINS, an individual and DOES 1-5, inclusive, | |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | |

27 ///

28 ///

1
STIPULATION AND ORDER REGARDING CONSENT TO BE BOUND BY PROTECTIVE ORDER

1   On November 25, 2013, pursuant to the Stipulation for Protective Order submitted by counsel for plaintiffs Joseph Johnson and Cynthia Mitchell and counsel for defendants, the court issued a protective order in case number 2:13-CV-01072-JAM-KJN (Docket No. 13).

On February 24, 2014, the court issued an order consolidating case number 2:13-CV-01072-JAM-KJN with 2:13-CV-02060-JAM-KJN for all purposes.

IT IS HEREBY STIPULATED by and between the parties to the consolidated action that Plaintiffs NXXXXXX RXXXXX, a minor, by and through her guardian ad litem, NATASHA STEPHENS, individually and Successor in Interest to Decedent MARIO ROMERO; CYNQUITA MARTIN, individually and as guardian ad litem for DXXXXX MXXXXX, and DXXXXX MXXXXX, both minors,; AHN KHE HARRIS, individually; and AHN LOC HARRIS, individually, by and through their attorneys of record, are bound by the aforementioned Protective Order (Docket No. 13) as if these parties and their attorneys of record had originally stipulated thereto.

DATE: April 22, 2014                    THE HALEY LAW OFFICES, P.C.

By: /s/ Matthew D. Haley                    .
    MATTHEW D. HALEY
    FULVIO F. CAJINA
    Attorneys for Plaintiffs NXXXXXX RXXXXX, a minor, by and through her guardian ad litem, NATASHA STEVENS, individually and Successor in Interest to Decedent MARIO ROMERO, CYNQUITA MARTIN, individually and as guardian ad litem for DXXXXX MXXXXX and DXXXXX MXXXXX, both minors, AHN KHE HARRIS, individually, and AHN LOC HARRIS, individually

///
///
///
///

| | | |
|---|---|---|
| 1 | DATE: April 22, 2014 | LAW OFFICES OF CATHERINE HALEY |

By: _____/s/ Catherine Haley_____
      CATHERINE HALEY
      Attorneys for Plaintiffs NXXXXXX
      RXXXXX, , a minor, by and through her
      guardian ad litem, NATASHA STEVENS,
      individually and Successor in Interest to
      Decedent MARIO ROMERO, CYNQUITA
      MARTIN, individually and as guardian ad
      litem for DXXXXX MXXXXX and DXXXXX
      MXXXXX, both minors, AHN KHE HARRIS,
      individually, and AHN LOC HARRIS,
      individually

DATE:  April 22, 2014          CITY OF VALLEJO ATTORNEY

By: _/s/ Kelly J. Truijillo_____
      CLAUDIA QUINTANA
      KELLY J. TRUJILLO
      Attorneys for Defendants City of
      Vallejo, Officer Dustin B. Joseph,
      Officer Sean G. Kenney and Vallejo
      Chief of Police Joseph M. Kreins

DATE:  April 21, 2014          JONES & DYER

By: __/s/ Mark A. Jones_____.
      MARK A. JONES
      KRISTEN K. PRESTON
      Attorneys for Defendants City of
      Vallejo, Officer Dustin B. Joseph,
      Officer Sean G. Kenney and Vallejo
      Chief of Police Joseph M. Kreins

STIPULATION AND ORDER REGARDING CONSENT TO BE BOUND BY PROTECTIVE ORDER

**ORDER**

IT IS SO ORDERED

DATED:   April 23, 2014           /s/ John A. Mendez
                                  John A. Mendez
                                  U. S. DISTRICT COURT JUDGE