MICHAEL P. VERNA (# 84070)
LAWRENCE D. GOLDBERG (# 168142)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile:  (925) 935-0371
Email: mverna@bowlesverna.com
           lgoldberg@bowlesverna.com

Attorneys for Plaintiffs JOSEPH L. JOHNSON
and CYNTHIA A. MITCHELL, individually and
as successor-in-interest and personal
representative of decedent MARIO D. S .M. ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. JOHNSON, an individual, CYNTHIA A. MITCHELL, an individual, and as successor-in-interest and personal representative of decedent MARIO D. S .M. ROMERO,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF VALLEJO, a municipality and charter city; POLICE OFFICER DUSTIN B. JOSEPH, an individual, POLICE OFFICER SEAN G. KENNEY, an individual, VALLEJO CHIEF OF POLICE JOSEPH M. KREINS, an individual and DOES 1-5 inclusive,<br><br>Defendants. | **CASE NO. 2:13-cv-01072-JAM-KJN**<br><br>**STIPULATION AND ORDER REGARDING TESTING OF BIOLOGICAL SAMPLES** |

The parties to this action hereby stipulate to the procedure set forth below for transferring biological samples of the deceased, Mario D.S.M. Romero, from the Solano County Coroner's Office to a laboratory designated in the Order below for the purpose of obtaining DNA information.  All the parties stipulate to the foregoing and to the chain of custody identified in the Order as follows:

GOOD CAUSE having been made to appear and pursuant to the stipulation of all counsel it is ordered that:  Genex Diagnostics, Inc., #180-4616 25th Avenue NE, Seattle,

Washington 98105 will overnight a DNA test kit directly to the Solano County Coroner's Office at 530 Union Avenue, Suite 100, Fairfield, CA 94533, Phone: 707-784-7000, via Federal Express.  An official at the Solano County Coroner's Office will sign for the test kit to maintain the chain of custody.  An official from the Coroner's Office will then submit a blood spot card in the test kit pursuant to the directions by Genex Diagnostics, and the blood on the blood spot card will be blood taken from the decedent Mario D.S.M. Romero.  The Solano County Coroner's Officer will verify prior to providing the sample from the decedent that more blood samples from the decedent Mario D.S.M. Romero are available and will be preserved.  The Solano County Coroner's Office official will then overnight the test kit and the blood spot card to Genex Diagnostics via Federal Express.  Upon receipt of the test kit and the blood spot card, an official from Genex Diagnostics will sign for the test kit and the blood spot card to ensure that the chain of custody is maintained.

      Genex Diagnostics will then perform a blood test to confirm that it has adequate blood samples on the blood spot card to perform a DNA test on Mario D.S.M. Romero.  Once it confirms that fact, it will perform the DNA test, and upon completion of the DNA testing, the results of all testing reports shall be sent to William Nagle at Bowles & Verna LLP, 2121 North California Boulevard, Suite 875, Walnut Creek, California 94596, to Catherine Haley at the Law Offices of Catherine Haley, 1633 San Pablo Avenue, Oakland, California 94612, and to Mark A. Jones at Jones & Dyer, 1800 J Street, Sacramento, California 95811.  After the completion of all the testing, the blood spot card can be destroyed.

      Upon completion of the DNA test, a swab of Namaria Romero's saliva will be sent by Natasha Romero on behalf of the minor Namaria Romero directly to Genex Diagnostics in Vallejo California.  A swab of Natasha Romero's saliva will also be sent directly to Genex Diagnostics in Vallejo California.  Written results of all DNA testing will be provided to all parties to this action.

STIPULATION AND [PROPOSED] ORDER REGARDING TESTING OF BIOLOGICAL SAMPLES

All fees for the above-referenced DNA testing, including delivery costs are to be paid by Bowles & Verna.

Dated: June 5, 2014     JONES & DYER

By: /s/_____
    Mark A. Jones
    Kristen K. Preston
    Attorneys for Defendants City of Vallejo,
     D. Joseph, S. Kenney and J. Kreins

Dated: June 5, 2014     CITY OF VALLEJO

By: /s/_____
    Claudia Quintana
    Kelly J. Trujillo
    Attorneys for Defendants City of Vallejo,
    D. Joseph, S. Kenny, and J. Kreins

Dated: June 5, 2014     BOWLES & VERNA LLP

By: /s/_____
    Lawrence Goldberg
    William Nagle
    Attorneys for Plaintiffs

Dated: June 5, 2014     THE HALEY LAW OFFICES, P.C.
                        LAW OFFICES OF CATHERINE HALEY

By: /s/_____
    Matthew D. Haley
    Catherine Haley
    Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

      IT IS SO ORDERED.


Dated: 6/5/2014　　　　　　　　　　　　/s/ John A. Mendez_____

　　　　　　　　　　　　　　　　　　　U.S. District Court Judge