UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. JOHNSON, an individual, CYNTHIA A. MITCHELL, an individual, and as successor-in-interest and personal representative of decedent MARIO D.S.M. ROMERO<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE CITY OF VALLEJO, a government entity; JOSEPH M. KREINS, Chief of the Vallejo Police Department; DUSTIN V. JOSEPH, Officer in the Vallejo Police Department; SEAN G. KENNEY, Officer in the Vallejo Police Department; and DOES 1-50,<br><br>　　　　Defendants. | Case No.. 2:13-CV-01072-JAM-KJN (Consolidated with Case No.: 2:13-CV-02060-JAM-KJN)<br><br>**[PROPOSED] ORDER** |

1
[PROPOSED] ORDER

| | |
|---|---|
| 1 | NXXXXXX RXXXXX, a minor, by and through ) |
| | her guardian ad litem, NATASHA STEPHENS, ) |
| 2 | individually and as Successor in Interest to ) |
| | Decedent MARIO ROMERO; CYNQUITA ) |
| 3 | MARTIN, individually and as guardian ad litem ) |
| | for DXXXX MXXXXX and DXXXXX ) |
| 4 | MXXXXX, both minors; AHN KHE HARRIS, ) |
| | individually; and AHN LOC HARRIS, ) |
| 5 | individually; ) |
| | ) |
| 6 |         Plaintiffs, ) |
| | ) |
| 7 |     v. ) |
| | ) |
| 8 | THE CITY OF VALLEJO, a government entity; ) |
| | JOSEPH M. KREINS, Chief of the Vallejo ) |
| 9 | Police Department; DUSTIN B. JOSEPH, ) |
| | officer in the Vallejo Police Department; SEAN ) |
| 10 | G. KENNEY, officer in the Vallejo Police ) |
| | Department; and DOES 1-50, ) |
| 11 | ) |
| |         Defendants. ) |
| 12 | ) |
| | ) |
| 13 | ------------------------------------------------- |

Having considered the plaintiffs' joint Ex Parte Application, and finding good cause therefore,

IT IS HEREBY ORDERED that the Ex Parte Application for an order extending the date for expert disclosures pursuant to Rule 26 as found in the Court's Status (Pre-trial) Order, from September 5, 2014 to October 10, 2014, and for supplemental disclosure and disclosure of rebuttal experts from September 12, 2014 to October 17, 2014 is GRANTED.

IT IS SO ORDERED:


DATED: September    , 2014                                    _____

                                                               Hon. John A. Mendez
                                                               United States District Court Judge

*Romero, et al., v. The City of Vallejo*
Case No: 2:13-CV-01072-JAM-KJN
(Consolidated with Case No.: 2:13-CV-02060-JAM-KJN)

### PROOF OF SERVICE

I, the undersigned, declare as follows:

I am over 18 years of age and not a party to the within action. My business address is 1633 San Pablo Avenue, Oakland, California, 94612-1505, which is located in the county where the mailing described below took place. On the date listed below, I served the following documents:

### [PROPOSED] ORDER

[✓] by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below:

[ ] by transmitting via facsimile the document listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.:

[ ] by causing personal delivery by                    of the documents listed above to the person(s) at the address(es) set forth below:

[ ] by personally delivering the document(s) listed above to the person(s) set forth below:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 29, 2014, at Oakland, California

_____
Julie Rettagliata

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1661
FAX (510) 444-5108
EMAIL: matt@haleylaw.com

*Proof of Service*

*Romero, et al., v. The City of Vallejo*
Case No: 2:13-CV-01072-JAM-KJN
(Consolidated with Case No.: 2:13-CV-02060-JAM-KJN

## SERVICE LIST

| | |
|---|---|
| Claudia Quintana, Esq.<br>City Attorney<br>Kelly J. Trujillo, Esq.<br>Deputy City Attorney<br>CITY OF VALLEJO, City Hall<br>555 Santa Clara Street<br>P.O. Box 3068<br>Vallejo, CA 94590 | Attorneys for Defendants<br>The City of Vallejo,<br>Officer Dustin B. Joseph,<br>Officer Sean G. Kenney,<br>Vallejo Chief of Police Joseph M. Kreins |

Mark A. Jones, Esq.
Kristen K. Preston, Esq.
JONES & DYER, P.C.
1800 J. Street
Sacramento, CA 95811