**FILED**

SEP 2 2 2014

CLER'', U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1   Matthew D. Haley, Esq.
    State Bar #104493
2   Fulvio F. Cajina, Esq.
    State Bar #289126
3   THE HALEY LAW OFFICES
    1633 San Pablo Avenue
4   Oakland, California 94612
5   Telephone: (510) 444-1881
    Facsimile: (510) 444-5108
6
    Catherine Haley, Esq.
7   State Bar #164663
    LAW OFFICES OF CATHERINE HALEY
8   1633 San Pablo Avenue
9   Oakland, California 94612
    Telephone: (510) 444-1881
10  Facsimile: (510) 444-5108

11  Attorneys for Plaintiffs

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15                                                  2:13-CV-1072JAM-KJN
    NXXXXXX RXXXXX, a minor, by and    )   Case No. 2:13-cv-02060-KJM-DAD
16  through her guardian at litem, NATASHA )
    STEPHENS; DXXXX MXXXXX and         )
17  DXXXXX MXXXXX, minors, by and through)   PETITION FOR ORDER AND
    their guardian ad litem CYNQUITA       )   ORDER FOR APPOINTMENT OF
18  MARTIN; CYNQUITA MARTIN,            )   GUARDIAN AD LITEM FOR
    individually; AHN KHE HARRIS,       )   MINOR NXXXXXX RXXXXX.
19  individually, and AHN LOC HARRIS,   )
20  individually,                        )
                                         )
21       Plaintiffs,                     )
                                         )
22  v.                                   )
                                         )
23  THE CITY OF VALLEJO,                 )
    a government entity; JOSEPH M. KREINS, )
24  Chief of the Vallejo Police Department; )
25  DUSTIN V. JOSEPH, Officer in the Vallejo )
    Police Department; SEAN G. KENNEY,   )
26  Officer in the Vallejo Police Department; )
    and DOES 1-50,                       )
27                                        )
28       Defendants.                      )
    _____)

HALEY LAW OFFICES
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE: (510) 444-1881
FAX (510) 444-5108

3

Petitioner states as follows:

1.      Petitioner NXXXXXX RXXXXX, the child of MARIO ROMERO, is a minor, age 4 (born 01/28/2009).

2.      Plaintiffs are filing herewith an action in this court against the City of Vallejo and Vallejo Police Department, Governmental Entities; their employees, including Officer Dustin Joseph, Officer Doe 1, and Chief Joseph Kreins; and unknown others for injuries sustained from the shooting death of MARIO ROMERO on September 2, 2012.

3.      There is no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4.      NATASHA STEPHENS, whose address is 3690 Research Drive, Sacramento, California 95838, is a competent and responsible person and fully competent to act as guardian ad litem for Petitioner NXXXXXX RXXXXX. NATASHA STEPHENS is the mother of NXXXXXX RXXXXX.

5.      Said NATASHA STEPHENS is willing to act as guardian ad litem for NXXXXXX RXXXXX, as appears by her consent below.

///

///

///

///

///

///

///

///

///

///

HALEY LAW OFFICES
1659 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE: (510) 444-1881
FAX (510) 444-5108

4

1    WHEREFORE, pursuant to Federal Rule of Civil Procedure 17(c)(2), Petitioners

2  move this court for an order appointing NATASHA STEPHENS as guardian ad litem of

3  Nxxxxxx   Ry-xxxx  for the purpose of bringing an action against the City of Vallejo

4  and Vallejo Police Department, Governmental Entities; their employees, including Officer

5  Dustin Joseph, Officer Doe 1, and Chief Joseph Kreins; and unknown others on claim

6  herein above stated.

7

8

9

10    Dated:  10|1|13                By Attorneys for Petitioners:

11

12                                   Matthew D. Haley

13

14                                   Fulvio Cajina

15

16                                   Catherine Haley

17

18

19

20                    **CONSENT OF NOMINEE**

21    I, NATASHA STEPHENS, the nominee of Petitioner Nxxxxxxx  Rxxxxxx,

22  hereby consent to act as guardian ad litem for the minor Petitioner in the above action.

23

24    Dated: 9-9-13              By:

25                                   NATASHA STEPHENS

26    ////

27

28

HALEY LAW OFFICES
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1881
FAX (510) 444-5106

3

## ORDER

The petition for an order appointing NATASHA STEPHENS as guardian ad litem of Petitioner N.       , R      is GRANTED.

Dated:   *9-22-2014*

By: _____
UNITED STATES DISTRICT JUDGE