FILED
SEP 22 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  Matthew D. Haley, Esq.
   State Bar #104493
2  Fulvio F. Cajina, Esq.
   State Bar #289126
3  THE HALEY LAW OFFICES
   1633 San Pablo Avenue
4  Oakland, California 94612
   Telephone: (510) 444-1881
5  Facsimile: (510) 444-5108
6
   Catherine Haley, Esq.
7  State Bar #164663
   LAW OFFICES OF CATHERINE HALEY
8  1633 San Pablo Avenue
   Oakland, California 94612
9  Telephone: (510) 444-1881
   Facsimile: (510) 444-5108
10
11 Attorneys for Plaintiffs
12
13                  UNITED STATES DISTRICT COURT
14                  EASTERN DISTRICT OF CALIFORNIA

15 N.    R.        , a minor, by and    )   Case No. 2:13-CV-1072 JAM KJN
   through her guardian at litem, N/     )
16 S.      ; D.   M.   and              )
17 D.  M.     , minors, by and through  )   PETITION FOR ORDER AND
   their guardian ad litem CYNQUITA      )   ORDER FOR APPOINTMENT OF
18 MARTIN; CYNQUITA MARTIN,              )   GUARDIAN AD LITEM FOR
   individually; AHN KHE HARRIS,        )   MINORS DXXXX MXXXXX AND
19 individually, and AHN LOC HARRIS,    )   DXXXXX MXXXXX.
20 individually,                         )
                                         )
21       Plaintiffs,                    )
                                         )
22 v.                                    )
                                         )
23 THE CITY OF VALLEJO,                  )
   a government entity; JOSEPH M. KREINS,)
24 Chief of the Vallejo Police Department;)
25 DUSTIN V. JOSEPH, Officer in the Vallejo)
   Police Department; SEAN G. KENNEY,   )
26 Officer in the Vallejo Police Department;)
   and DOES 1-50,                        )
27                                       )
       Defendants.                       )
28                                       )

Petitioners state as follows:

1. Petitioners DXXXX MXXXXX and DXXXXX MXXXXX are minors and are of the following ages: DXXXX MXXXXX, age 12, (born 4/19/2001) and DXXXXX MXXXXX, age 5 (born 11/10/2007).

2. Plaintiffs are filing herewith an action in this court against the City of Vallejo and Vallejo Police Department, Governmental Entities; their employees, including Officer Dustin Joseph, Officer Doe 1, and Chief Joseph Kreins; and unknown others for injuries sustained from the shooting death of MARIO ROMERO on September 2, 2012.

3. There is no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. CYNQUITA MARTIN, whose address is 1930 Grande Circle, #68, Fairfield, California 94533, is a competent and responsible person and fully competent to act as our guardian ad litem for Petitioners DXXXX MXXXXX and DXXXXX MXXXXX. CYNQUITA MARTIN is the mother of DXXXX MARTIN and DXXXXX MARTIN.

5. Said CYNQUITA MARTIN is willing to act as guardian ad litem for DXXXX MXXXXX and DXXXXX MXXXXX, as appears by her consent below.

///

///

///

///

///

HALEY LAW OFFICES
16角 SAN PABLO AVENUE
OAKLAND, CA 94612-1505
VOICE (510) 444-1883
FAX (510) 444-5108

4

WHEREFORE, Petitioners move this court for an order appointing CYNQUITA MARTIN as guardian ad litem of D⨯⨯⨯⨯ M⨯⨯⨯⨯⨯ and D⨯⨯⨯⨯⨯ M⨯⨯⨯⨯⨯ for the purpose of bringing an action against the City of Vallejo and Vallejo Police Department, Governmental Entities; their employees, including Officer Dustin Joseph, Officer Doe 1, and Chief Joseph Kreins; and unknown others on the claim herein above stated.

DATED: August 29, 2013    By Attorneys for Petitioners:

_____
Matthew D. Haley

_____
Fulvio Cajina

_____
Catherine Haley

## CONSENT OF NOMINEE

I, CYNQUITA MARTIN, the nominee of the Petitioners D⨯⨯⨯⨯ M⨯⨯⨯⨯⨯ and D⨯⨯⨯⨯⨯ M⨯⨯⨯⨯⨯, hereby consent to act as guardian ad litem for the minor Petitioners in the above action.

DATED: August 28, 2013    By: _____
                              CYNQUITA MARTIN

////

HALEY LAW OFFICES
1633 SAN PABLO AVENUE
OAKLAND, CA 94612-1505
VOICE (510) 444-1001
FAX (510) 444-5100

## ORDER

The petition for an order appointing CYNQUITA MARTIN as guardian ad litem of Petitioners D. M. and D M is GRANTED.

Dated: 9-22-14

By: _____
UNITED STATES DISTRICT JUDGE