MICHAEL P. VERNA (# 84070)
LAWRENCE D. GOLDBERG (# 168142)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile:  (925) 935-0371
Email: mverna@bowlesverna.com
          lgoldberg@bowlesverna.com

Attorneys for Plaintiffs JOSEPH L. JOHNSON
and CYNTHIA A. MITCHELL, individually and
as successor-in-interest and personal
representative of decedent MARIO D. S .M. ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. JOHNSON, an individual, CYNTHIA A. MITCHELL, an individual, and as successor-in-interest and personal representative of decedent MARIO D. S .M. ROMERO,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF VALLEJO, a municipality and charter city; POLICE OFFICER DUSTIN B. JOSEPH, an individual, POLICE OFFICER SEAN G. KENNEY, an individual, VALLEJO CHIEF OF POLICE JOSEPH M. KREINS, an individual and DOES 1-5 inclusive,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION | **CASE NO. 2:13-cv-01072-JAM-KJN (Consolidated with Case No.: 2:13-CV-02060-JAM-KJN)**<br><br>**PLAINTIFF CYNTHIA MITCHELL'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO REQUESTS FOR ADMISSION [Fed. R. Civ. P. 37]**<br><br>**Date: November 6, 2014**<br>**Time: 10:00 a.m.**<br>**Courtroom: 8th Floor, Courtroom 25**<br><br>**Magistrate Judge Kendall J. Newman**<br><br>**Trial Date: March 30, 2015**<br>**Discovery Cutoff: November 7, 2014** |

Notice is hereby given that on November 6, 2014, at 10:00 a.m., or as soon thereafter counsel may be heard by the above-entitled court located at 501 "I" Street, Courtroom 25, 8th Floor, Sacramento, CA 95814, Plaintiff Cynthia Mitchell will and hereby does move this Court for an order Compelling Defendant The City of Vallejo to provide further verified responses to Cynthia Mitchell's

PLAINTIFF CYNTHIA MITCHELL'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO REQUESTS FOR ADMISSION[Fed. R. Civ. P. 37] - CASE NO. 2:13-cv-01072-JAM-KJN

Bowles & Verna LLP
2121 N. California
Suite 875
Walnut Creek 94596

1

1 document requests, to produce documents; for Defendant Sean Kenney to provide further, verified
2 responses to Requests For Admissions; for Defendant Dustin Joseph to provide further, verified
3 responses to Requests For Admissions; and for the City of Vallejo to be ordered to produce PMK
4 witnesses for both PMK depositions noticed by plaintiffs and for documents to be produced at the
5 depositions.

6     This motion is made on the grounds that The City of Vallejo's responses to Cynthia Mitchell's
7 request for production of documents, Set No. 1, were intentionally evasive, and were insufficient,
8 improper and incomplete and the failure to produce documents responsive to the requests was
9 improper and in violation of Fed. R. Civ. P. 34.  This motion is also made on the grounds that Sean
10 Kenney's and Dustin Joseph's responses to Cynthia Mitchell's Requests for Admissions were also
11 intentionally evasive, and were insufficient, improper, incomplete and a violation of Fed. R. Civ. P. 36.
12 This motion is also made on the grounds that The City of Vallejo has not agreed to produce documents
13 and witnesses at two Rule 30(b)(6) depositions noticed in October in this action.

14     This motion is based on this notice, the memorandum of points and authorities in support
15 thereof, the declaration of Lawrence D. Goldberg in support thereof; the declaration of William T.
16 Nagle in support thereof; the parties' joint statement pursuant to Local Rule 251, the pleadings on file
17 in this action and on such oral argument as the Court may permit.

18 Dated:  October 16, 2014                              BOWLES & VERNA, LLP

By:  /s/ *Lawrence D. Goldberg*_____
     MICHAEL P. VERNA
     LAWRENCE D. GOLDBERG
     Attorneys for Plaintiffs JOSEPH L. JOHNSON
     and CYNTHIA A. MITCHELL, individually and
     as successor-in-interest and personal
     representative of decedent
     MARIO D. S. M. ROMERO

**PROOF OF SERVICE**
(Johnson v. City of Vallejo, et al. – USDC Eastern Dist. of California Case No:  2:13-cv-01072-JAM-KJN)

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to, or interested in the within entitled action. I am an employee of BOWLES & VERNA LLP, and my business address is 2121 N. California Blvd., Suite 875, Walnut Creek, California 94596.

On October 16, 2014, I served the following document(s):

**PLAINTIFF CYNTHIA MITCHELL'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS [Fed. R. Civ. P. 37]**

**PLAINTIFF CYNTHIA MITCHELL'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL [FED. R. CIV. P. 37]**

**PLAINTIFF CYNTHIA MITCHELL'S STATEMENT OF DOCUMENT REQUESTS AND REQUESTS FOR ADMISSION IN DISPUTE SUBMITTED IN SUPPORT OF MOTION TO COMPEL [FED. R. CIV. P. 37]**

**DECLARATION OF WILLIAM T. NAGLE IN SUPPORT OF PLAINTIFF CYNTHIA MITCHELL'S SUPPORT OF MOTION TO COMPEL FURTHER DISCOVERY RESPONSES [FRCP 37]**

**DECLARATION OF LAWRENCE D. GOLDBERG IN SUPPORT OF PLAINTIFF CYNTHIA MITCHELL'S SUPPORT OF MOTION TO COMPEL FURTHER DISCOVERY RESPONSES [FRCP 37]**

**[PROPOSED] ORDER GRANTING PLAINTIFF CYNTHIA MITCHELL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS [Fed. R. Civ. P. 37]**

on the following parties in this action addressed as follows:

| *Attorneys for Defendants City of Vallejo, Dustin B. Joseph, Sean G. Kenney & Joseph M. Kreins* | *Attorneys for Defendants City of Vallejo, Dustin B. Joseph, Sean G. Kenney & Joseph M. Kreins* |
|---|---|
| Claudia M. Quintana, City Attorney | Mark A. Jones |
| Kelly J. Trujillo, Deputy City Attorney | Kristen K. Preston |
| City of Vallejo, City Hall | Jones & Dyer |
| 555 Santa Clara Street | A Professional Corporation |
| Post Office Box 3068 | 1800 "J" Street |
| Vallejo, CA 94590 | Sacramento, CA 95811 |
| claudia.quintana@cityofvallejo.net | kpreston@jonesdyer.com |
| (707) 648-4545 | (916) 552-5959 |
| (707) 648-4687 (f) | (916) 442-5959 (f) |
| *Counsel for Plaintiffs (Consolidated Case)* | *Co-Counsel for Plaintiffs (Consolidated Case)* |
| Matthew D. Haley | Catherine Haley |
| The Haley Law Offices, P.C. | Law Offices of Catherine Haley |
| 1633 San Pablo Avenue | 1633 San Pablo Avenue |
| Oakland, CA 94612 | Oakland, CA 94612 |
| matt@haleylaw.com | Catherine@catherinehaleylaw.com |
| (510) 444-1881 | (510) 444-1881 |

1 | (510) 444-5108                                             (510) 444-5108

2 | *Co-Counsel for Plaintiffs (Consolidated Case)*
Fulvio F. Cajina (CBN: 289126)
3 | Law Office of Fulvio F. Cajina
311 Oak Street, Suite 108
4 | Oakland, CA 94607
fulvio@cajinalaw.com
5 | Telephone: (415) 601-0779
Facsimile: (510) 444-5108

\_\_\_\_\_    **BY UNITED STATES MAIL:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

\_\_\_\_\_    **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

\_\_\_\_\_    **BY PERSONAL SERVICE:** I caused to be served each document listed above **by hand** to each addressee above. Delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

\_\_\_\_\_    **BY FAX TRANSMISSION:** By use of facsimile machine number (925) 935-0371, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

xxx    **BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM:** In accordance with the electronic filing procedures of this Court, service has been effected on the aforementioned party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through CM/ECF system. .

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 16, 2014, at Walnut Creek, California.

                               */s/ Erica Dorrington*
                               ERICA L. DORRINGTON