MICHAEL P. VERNA (# 84070)
LAWRENCE D. GOLDBERG (# 168142)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile:  (925) 935-0371
Email:  mverna@bowlesverna.com
        lgoldberg@bowlesverna.com

Attorneys for Plaintiffs JOSEPH L. JOHNSON
and CYNTHIA A. MITCHELL, individually and
as successor-in-interest and personal
representative of decedent MARIO D. S .M. ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. JOHNSON, an individual, CYNTHIA A. MITCHELL, an individual, and as successor-in-interest and personal representative of decedent MARIO D. S .M. ROMERO,<br><br>         Plaintiffs,<br><br>    vs.<br><br>THE CITY OF VALLEJO, a municipality and charter city; POLICE OFFICER DUSTIN B. JOSEPH, an individual, POLICE OFFICER SEAN G. KENNEY, an individual, VALLEJO CHIEF OF POLICE JOSEPH M. KREINS, an individual and DOES 1-5 inclusive,<br><br>         Defendants.<br><br>AND CONSOLIDATED ACTION | **CASE NO. 2:13-cv-01072-JAM-KJN (Consolidated with Case No.: 2:13-CV-02060-JAM-KJN)**<br><br>**DECLARATION OF WILLIAM T. NAGLE IN SUPPORT OF PLAINTIFF CYNTHIA MITCHELL'S SUPPORT OF MOTION TO COMPEL FURTHER DISCOVERY RESPONSES [FRCP 37]**<br><br>**Date: November 6, 2014**<br>**Time: 10:00 a.m.**<br>**Courtroom: 8th Floor, Courtroom 25**<br><br>**Magistrate Judge Kendall J. Newman**<br><br>**Trial Date: March 30, 2015**<br>**Discovery Cutoff: November 7, 2014** |

I, William T. Nagle, declare as follows:

1. I am an attorney licensed to practice law before all of the courts in the State of California

1
DECLARATION OF WILLIAM T. NAGLE IN SUPPORT OF PLAINTIFF CYNTHIA MITCHELL'S SUPPORT OF
MOTION TO COMPEL FURTHER DISCOVERY RESPONSES [FRCP 37]
CASE NO. 2:13-cv-01072-JAM-KJN

1  and I am admitted to practice before 9th Circuit District Court and for the Eastern District of California.
2  I am an associate with Bowles & Verna LLP, counsel of record for Plaintiffs JOSEPH L. JOHNSON
3  and CYNTHIA A. MITCHELL (hereinafter "Plaintiffs"). I have personal knowledge of the facts set
4  forth herein and, if called as a witness, could and would competently testify thereto.

5      2. On or about September 10, 2014, Cynthia Mitchell propounded on The City of Vallejo
6  Requests for Production of Documents, Set One, drafted in compliance with FRCP 33. I specifically
7  drafted the document requests.

8      3. On or about October 10, 2014, I received the responses to the document requests. Excerpts
9  to the document requests to which responses are sought are submitted in the Separate Statement filed
10  herewith.

11      4. On or about September 11, 2014, I caused to be propounded on Officer Sean Kenney
12  Requests for Admissions, Set One, drafted in compliance with FRCP 36. I personally drafted the
13  Requests for Admissions.

14      5. On or about October 14, 2014, I received via electronic service the responses to the
15  Requests for Admissions. Excerpts of the Requests for Admissions to which responses are sought are
16  submitted in the Separate Statement.

17      6. On October 15, 2014, I attempted to contact counsel for The City of Vallejo to engage in a
18  meet and confer effort. I left a voicemail message for counsel and never received a return call. Thus, I
19  sent Mr. Jones, counsel for The City of Vallejo, an email on the afternoon of Wednesday, October 15,
20  2014, setting forth my meet and confer efforts to resolve the discovery dispute over the Requests for
21  Admissions. A true and correct copy of my October 15, 2014, email is attached hereto as Exhibit A.
22  This email sets forth those Requests for Admissions that are in dispute. I never heard back from Mr.
23  Jones via email or phone call thereby necessitating this motion be filed.

24      7. Each one of the Requests for Admissions identified in my October 15, 2014, email
25  demonstrates why the responses are deficient and should be supplemented.

26      8. On September 16, 2014, I drafted a PMK deposition notice to The City of Vallejo on behalf
27  of Plaintiff Joseph Johnson setting forth 38 PMK categories and including document requests that
28  mirror the first 37 document requests identified in this motion to compel. The City of Vallejo agreed

2

DECLARATION OF WILLIAM T. NAGLE IN SUPPORT OF PLAINTIFF CYNTHIA MITCHELL'S SUPPORT OF MOTION TO COMPEL FURTHER DISCOVERY RESPONSES [FRCP 37] - CASE NO. 2:13-cv-01072-JAM-KJN

1  to produce the PMK witness on October 20, 2014, but The City of Vallejo objected to document
2  requests that are also the same as document requests attached to the PMK deposition notice.  I
3  anticipate that the City of Vallejo will also object to the PMK categories as it has already said that the
4  categories for the PMK deposition noticed on behalf of Mr. Johnson are the same as many of the
5  categories for another PMK deposition I noticed on behalf of Ms. Mitchell - noticed for the end of
6  October.  The other PMK categories include 25 additional categories.

7      9.  On October 9, 2014, I received an email from counsel for The City of Vallejo indicating
8  that some of the aforementioned PMK categories overlap.  Thereafter, I reviewed all of the PMK
9  categories to see if any were duplicative.   I sent an email to counsel for The City of Vallejo on
10 Wednesday, October 15, 2014, indicating that we did not see any duplication in the categories, but that
11 we would ask witnesses on October 20, 2014 whether they were the person most knowledgeable on
12 any of the categories – noticed for a PMK deposition on a later date.  A true and correct copy of my
13 October 15, 2014 email in response to The City of Vallejo is attached hereto as Exhibit B.  I also
14 reserved the right to call those witnesses again for the second PMK deposition when documents are
15 produced at the second PMK deposition.  Further, I requested that The City of Vallejo commit to a new
16 date for the second PMK deposition, as counsel for the City has not committed to any PMK deposition
17 date for Ms. Mitchell's PMK categories.  I never heard back from The City of Vallejo at any time and
18 anticipate that we will have to compel the proper PMK witnesses and compel the document requests.
19 That is particularly true because many of the document requests attached to the PMK notice are the
20 same as those that have already been objected to by the City of Vallejo and which are the subject of
21 this motion to compel.  In fact, the first 37 requests are identical.  I expect similar objections to the
22 other requests and, therefore, they are all set forth on the separate statement and will all be included on
23 a joint statement.

24     10.  On October 16, 2014, I received Defendant Joseph's objections to Requests for
25 Admissions, which contains similar objections to similar requests at issue on our motion to compel
26 further responses to requests for admissions by Defendant Kenney.  Because the issues are the same,
27 they are the proper subject of this motion to compel.

28

I declare under penalty of perjury under the laws of the State of California and the U.S. that the foregoing is true and correct.  Executed October 16, 2014, at Walnut Creek, California.

<em>/s/William T. Nagle</em><br>William T. Nagle