MICHAEL P. VERNA (# 84070)
LAWRENCE D. GOLDBERG (# 168142)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile:  (925) 935-0371
Email: mverna@bowlesverna.com
       lgoldberg@bowlesverna.com

Attorneys for Plaintiffs JOSEPH L. JOHNSON
and CYNTHIA A. MITCHELL, individually and
as successor-in-interest and personal
representative of decedent MARIO D. S .M. ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. JOHNSON, an individual, CYNTHIA A. MITCHELL, an individual, and as successor-in-interest and personal representative of decedent MARIO D. S .M. ROMERO,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF VALLEJO, a municipality and charter city; POLICE OFFICER DUSTIN B. JOSEPH, an individual, POLICE OFFICER SEAN G. KENNEY, an individual, VALLEJO CHIEF OF POLICE JOSEPH M. KREINS, an individual and DOES 1-5 inclusive,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION | **CASE NO. 2:13-cv-01072-JAM-KJN**<br>**(Consolidated with Case No.: 2:13-CV-02060-JAM-KJN)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CYNTHIA MITCHELL'S MOTION TO COMPEL [Fed. R. Civ. P. 37]**<br><br>**Date: November 6, 2014**<br>**Time: 10:00 a.m.**<br>**Courtroom: 8th Floor, Courtroom 25**<br><br>**Magistrate Judge Kendall J. Newman**<br><br>**Trial Date: March 30, 2015**<br>**Discovery Cutoff: November 7, 2014** |

This matter having come before the Court on Plaintiffs' Motion To Compel and the Court having considered the facts presented and relief requested, and good cause appearing therefore and upon due and proper notice to all the interested parties:

1

Bowles & Verna LLP
2121 N. California
Suite 875
Walnut Creek 94596

[PROPOSED] ORDER GRANTING PLAINTIFF CYNTHIA MITCHELL'S MOTION TO COMPEL [Fed. R. Civ. P. 37] - CASE NO. 2:13-cv-01072-JAM-KJN

It is hereby ordered that

1. Defendant The City of Vallejo provide further verified responses to Cynthia Mitchell's document requests, to produce documents on all requests identified in the separate statement;

2. Defendant Sean Kenney is to provide further verified responses to Requests For Admissions on all requests identified in the separate statement;

3. Defendant Dustin Joseph is to provide further, verified responses to Requests For Admissions on all requests identified in the separate statement;

4. The City of Vallejo is ordered to produce PMK witnesses for all PMK categories identified in both PMK depositions noticed by plaintiffs and for documents to be produced at the depositions, including but not limited to all the documents at issue on this motion to compel.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                     Hon. Kendall J. Newman
                                     MAGISTRATE JUDGE
                                     UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING PLAINTIFF CYNTHIA MITCHELL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS [Fed. R. Civ. P. 37] - CASE NO. 2:13-cv-01072-JAM-KJN