CLAUDIA QUINTANA
City Attorney, SBN 178613
BY:  KELLY J. TRUJILLO
Deputy City Attorney, SBN 244286
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel:  (707) 648-4545
Fax:  (707) 648-4687

MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Tel:  (916) 552-5959
Fax:  (916) 442-5959

Attorneys for Defendants City of Vallejo, Officer Dustin B. Joseph,
Officer Sean G. Kenney and Vallejo Chief of Police Joseph M. Kreins

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSEPH L. JOHNSON, an individual, CYNTHIA A. MITCHELL, an individual, and as successor-in-interest and personal representative of decedent MARIO D.S.M. ROMERO, Plaintiffs, vs. THE CITY OF VALLEJO, a municipality and charter city, POLICE OFFICER DUSTIN B. JOSEPH, an individual, POLICE OFFICER SEAN G. KENNEY, an individual, VALLEJO CHIEF OF POLICE JOSEPH M. KREINS, an individual and DOES 1-5, inclusive, Defendants. AND CONSOLIDATED ACTIONS | Case No.: 2:13-CV-01072-JAM-KJN (Consolidated with Case No.: 2:13-CV-02060-JAM-KJN) STIPULATION AND [PROPOSED] ORDER RE DATA RECOVERY FROM CELLULAR TELEPHONES |
|---|---|

The parties to this action hereby stipulate to the procedure set forth below for transferring cellular telephones described in Report No. 1211085.6 as Property Items 15 and 16 consisting of a NW5

1
STIPULATION AND [PROPOSED] ORDER

Samsung Metro PCS cell phone and a NW6 Metro PCS cell phone from the Vallejo Police Department to the forensic examiner designated in the Order below for the purpose of data recovery within the scope described in the Order. All the parties stipulate to the foregoing and to the chain of custody identified in the Order as follows:

GOOD CAUSE having been made to appear and pursuant to the stipulation of all counsel it is ordered that:

The Vallejo Police Department will release to Jones & Dyer cellular telephones described in Report No. 1211085.6 as Property Items 15 and 16 consisting of a NW5 Samsung Metro PCS cell phone and a NW6 Metro PCS cell phone. A representative of Jones & Dyer will sign a receipt for the evidence to maintain the chain of custody. A representative of Jones & Dyer will then deliver the evidence to California Data Recovery, Inc. at 9139 Haverton Court, Elk Grove, California. A representative of California Data Recovery, Inc. will sign a receipt for the evidence to maintain chain of custody. Upon receipt of the evidence, a certified forensic examiner will retrieve available data from each cellular telephone including but not limited to text messages, instant messages, telephone numbers, voice mail messages or any other retrievable data for the period including from September 1, 2012 at 4:30 a.m. to September 3, 2012 at 4:30 a.m.

Upon completion of the data recovery, a report detailing the results and content shall be simultaneously sent by California Data Recovery, Inc. to counsel of record. The report detailing the results and content of data retrieved shall be designated "Confidential Material" pursuant to the Protective Order previously issued by this court [Docket No. 13] except that the report may be disclosed only to the following persons:

    a.    Counsel for any party to this action.

    b.    Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in 4(a);

    c.    Court personnel including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for the trial of this action;

2

STIPULATION AND [PROPOSED] ORDER

      d.      Any outside expert or consultant retained in connection with this action, and not otherwise employed by either party; and

      e.      Any expert designated to testify at trial in this matter.

The parties agree that at the time of trial Plaintiffs may seek orders from the Court to prevent confidential materials disclosed during discovery from being made public during a jury trial.

After the completion of the data recovery, the evidence will be returned to and maintained by the Vallejo Police Department. A representative of the Vallejo Police Department will sign a receipt for the evidence to maintain chain of custody.

All fees for the above-referenced data retrieval are to be paid by Jones & Dyer.

No objection shall be raised by any party regarding admissibility at trial of the evidence related to the data recovery described in this order on the basis that the data recovery and production of the report occur after the close of discovery. All other objections to admissibility of evidence pertaining to the data recovery described in this order are preserved.

Dated: October 28, 2014        JONES & DYER

By:   /s/ Kristen K. Preston
       Mark A. Jones
       Kristen K. Preston
       Attorneys for Defendants City of Vallejo,
       D. Joseph, S. Kenney and J. Kreins

Dated: October 28, 2014        CITY OF VALLEJO

By:   /s/ Kelly J. Trujillo
       Claudia Quintana
       Kelly J. Trujillo
       Attorneys for Defendants City of Vallejo,
       D. Joseph, S. Kenny, and J. Kreins

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: October 28, 2014 | BOWLES & VERNA LLP |
| | |
| | By:   /s/ William Nagle  . |
| |     Lawrence Goldberg |
| |     William Nagle |
| |     Attorneys for Plaintiffs |
| | |
| Dated: October 28, 2014 | THE HALEY LAW OFFICES, P.C. |
| | LAW OFFICES OF CATHERINE HALEY |
| | |
| | By:   /s/ Matthew D. Haley  . |
| |     Matthew D. Haley |
| |     Catherine Haley |
| |     Attorneys for Plaintiffs |
| | |
| Dated: October 28, 2014 | LAW OFFICE OF FULVIO F. CAJINA |
| | |
| | By:   /s/ Fulvio F. Cajina  . |
| |     Fulvio F. Cajina |
| |     Attorney for Plaintiffs |

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated: October 29, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

4
STIPULATION AND [PROPOSED] ORDER