**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH L. JOHNSON, an individual, CYNTHIA A. MITCHELL, an individual, and as successor-in-interest and personal representative of decedent MARIO D.S.M. ROMERO,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF VALLEJO, a municipality and charter city, POLICE OFFICER DUSTIN B. JOSEPH, an individual, POLICE OFFICER SEAN G. KENNEY, an individual, VALLEJO CHIEF OF POLICE JOSEPH M. KREINS, an individual and DOES 1-5, inclusive,<br><br>Defendants. | Case No.: 2:13-CV-01072-JAM-KJN (Consolidated with Case No.: 2:13-CV-02060-JAM-KJN)<br><br>**ORDER**<br><br>**Trial Date: March 30, 2015**<br>**Discovery Cutoff: November 7, 2014** |

AND CONSOLIDATED ACTIONS

    Having considered plaintiffs' Request to Seal Documents, and finding good cause therefore, plaintiffs' Request to Seal Documents is GRANTED.

    IT IS HEREBY ORDERED that Attachment #4 to Docket No. 51, filed in support of plaintiffs' ex parte application filed on October 29, 2014, is hereby removed from public view;

    The Clerk of the Court is DIRECTED to re-file Attachment #4 to Docket No. 51 under seal until they are ordered unsealed by the Court.

    IT IS SO ORDERED:

DATED: October 30, 2014                                    /s/ John A. Mendez

                                                                                 Hon. John A. Mendez<br>                                                                                 United States District Court Judge

1<br>**[PROPOSED] ORDER**

e