1  CLAUDIA QUINTANA
   City Attorney, SBN 178613
2  BY: KELLY J. TRUJILLO
   Deputy City Attorney, SBN 244286
3  CITY OF VALLEJO, City Hall
   555 Santa Clara Street, P.O. Box 3068
4  Vallejo, CA 94590
   Tel: (707) 648-4545
5  Fax: (707) 648-4687

6  MARK A. JONES, SBN 96494
   KRISTEN K. PRESTON, SBN 125455
7  JONES & DYER
   A Professional Corporation
8  1800 J Street
   Sacramento, CA 95811
9  Tel: (916) 552-5959
   Fax: (916) 442-5959
10

11 Attorneys for Defendants City of Vallejo, Officer Dustin B. Joseph,
   Officer Sean G. Kenney and Vallejo Chief of Police Joseph M. Kreins
12
                      IN THE UNITED STATES DISTRICT COURT
13
                         EASTERN DISTRICT OF CALIFORNIA
14

15 | JOSEPH L. JOHNSON, an individual, | Case No.: 2:13-CV-01072-JAM-KJN
   | CYNTHIA A. MITCHELL, an individual, | (Consolidated with Case No.: 2:13-CV-
16 | and as successor-in-interest and personal | 02060-JAM-KJN)
   | representative of decedent MARIO D.S.M.
17 | ROMERO, | **ORDER TO SEAL DOCUMENTS**
   | | **[L.R. 141]**
18 |                     Plaintiffs, |

19 | vs. |
   | | **Hon. John A. Mendez**
20 | THE CITY OF VALLEJO, a municipality |
   | and charter city, POLICE OFFICER | **Trial Date: March 30, 2015**
21 | DUSTIN B. JOSEPH, an individual, | **Pre-Trial Conference: February 27, 2015**
   | POLICE OFFICER SEAN G. KENNEY, |
22 | an individual, VALLEJO CHIEF OF |
   | POLICE JOSEPH M. KREINS, an |
23 | individual and DOES 1-5, inclusive, |

24                     Defendants.

25
   AND CONSOLIDATED ACTIONS
26

27 ///

28 ///

                                    1
                  **[PROPOSED] ORDER TO SEAL DOCUMENTS**

1   The Court, having read and considered the Request to Seal Documents submitted on behalf of Defendant City of Vallejo, and good cause appearing

IT IS HEREBY ORDERED that Exhibits G, H, I, J, and K to the Declaration of Kristen K. Preston in support of Defendant City of Vallejo's Motion for Summary Judgment or Partial Summary Judgment be sealed.

DATE:  December 17, 2014

       /s/ John A. Mendez
HON. JOHN A MENDEZ
UNITED STATES DISTRICT COURT JUDGE