MICHAEL P. VERNA (Bar No. 84070)
LAWRENCE D. GOLDBERG (Bar No. 168142)
WILLIAM T NAGLE (Bar No. 180162)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile:  (925) 935-0371
Email: mverna@bowlesverna.com
        lgoldberg@bowlesverna.com
        wangle@bowlesverna.com
Attorneys for Plaintiffs
JOSEPH L. JOHNSON and CYNTHIA A. MITCHELL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. JOHNSON, an individual, CYNTHIA A. MITCHELL, an individual, and as successor-in-interest and personal representative of decedent MARIO D.S.M. ROMERO, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF VALLEJO, a municipality and charter city, POLICE OFFICER DUSTIN B. JOSEPH, an individual, POLICE OFFICER SEAN G. KENNEY, an individual, VALLEJO CHIEF OF POLICE JOSEPH M. KREINS, an individual and DOES 1-5, inclusive, <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS | Case No.: 2:13-CV-01072-JAM-KJN (Consolidated with Case No.: 2:13-CV-02060-JAM-KJN) <br><br> **ORDER TO SEAL DOCUMENTS [L.R. 141]** <br><br> **Date: February 11, 2015** <br> **Time: 9:30 a.m.** <br> **Courtroom 6, 14th Floor** <br><br> **Hon. John A. Mendez** <br><br> **Trial Date: March 30, 2015** <br> **Pre-Trial Conference: February 27, 2015** |

The Court, having read and considered the Request to Seal Documents submitted on behalf of Plaintiffs Joseph L. Johnson and Cynthia A. Mitchell, and good cause appearing,

IT IS HEREBY ORDERED that Exhibits N, O, P, Q, R, S, T, W, X, Z and BB to the Declaration of William T. Nagle; Exhibits A, B and C to the Declaration of Robert Snook; and Exhibit A to the Declaration of Jason Fries in support of:

- PLAINTIFFS' JOINT MEMORANDUM OF POINTS AND AUTHORITIES IN

1  OPPOSITION TO DEFENDANTS' PARTIAL MOTION FOR SUMMARY
2  JUDGMENT OF PLAINTIFFS' ) MONELL CLAIMS;
3  - PLAINTIFF CYNTHIA MITCHELL'S MEMORANDUM OF POINTS AND
4  AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY
5  JUDGMENT OR PARTIAL SUMMARY JUDGMENT AND MOTION FOR
6  JUDGMENT ON THE PLEADINGS; and
7  - PLAINTIFF JOSEPH JOHNSON'S MEMORANDUM OF POINTS AND
8  AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY
9  JUDGMENT OR PARTIAL SUMMARY JUDGMENT

be sealed.

IT IS SO ORDERED.

DATE:  1/15/2015

/s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT COURT JUDGE