CLAUDIA QUINTANA
City Attorney, SBN 178613
BY: KELLY J. TRUJILLO
Deputy City Attorney, SBN 244286
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687

MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Tel: (916) 552-5959
Fax: (916) 442-5959

Attorneys for Defendants City of Vallejo, Officer Dustin B. Joseph,
Officer Sean G. Kenney and Vallejo Chief of Police Joseph M. Kreins

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. JOHNSON, an individual, CYNTHIA A. MITCHELL, an individual, and as successor-in-interest and personal representative of decedent MARIO D.S.M. ROMERO, <br><br>                    Plaintiffs, <br><br> vs. <br><br> THE CITY OF VALLEJO, a municipality and charter city, POLICE OFFICER DUSTIN B. JOSEPH, an individual, POLICE OFFICER SEAN G. KENNEY, an individual, VALLEJO CHIEF OF POLICE JOSEPH M. KREINS, an individual and DOES 1-5, inclusive, <br><br>                    Defendants. <br><br> AND CONSOLIDATED ACTIONS | Case No.: 2:13-CV-01072-JAM-KJN (Consolidated with Case No.: 2:13-CV-02060-JAM-KJN) <br><br> STIPULATION AND ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE OF "DOE" DEFENDANTS AND SECOND, TENTH AND TWELFTH CAUSES OF ACTION |

On October 4, 2013 plaintiffs filed a complaint and demand for trial by jury in this case,

1
STIPULATION FOR DISMISSAL OF CLAIMS AND [PROPOSED] ORDER

identifying as defendants "DOES 1-5".  Plaintiff Mitchell also alleged causes of action against Defendants Dustin Joseph and Sean Kenney for "Wrongful Death/42 U.S.C. §1983" (second cause of action) and against Defendants City of Vallejo, Dustin Joseph and Sean Kenney for negligent infliction of emotional distress (tenth cause of action).  Plaintiffs Mitchell and Johnson further alleged a cause of action for violation of Ca. Civil Code section 51.7 as against Defendants City of Vallejo, Dustin Joseph and Sean Kenney (twelfth cause of action).

IT IS HEREBY stipulated and agreed by and between Plaintiffs CYNTHIA MITCHELL AND JOSEPH L. JOHNSON and Defendants CITY OF VALLEJO, JOSEPH M. KREINS, DUSTIN B. JOSEPH AND SEAN G. KENNEY by and through their undersigned counsel, that the "DOE" defendants identified in the complaint and the second, tenth and twelfth causes of action be dismissed with prejudice as to all defendants pursuant to Federal Rules of Civil Procedure 41(a)(2), each party to bear their own attorney's fees and costs.

Dated: March 20, 2015           JONES & DYER

By:   /s/ Mark A. Jones
        Mark A. Jones
        Kristen K. Preston
        Attorneys for Defendants City of Vallejo,
         D. Joseph, S. Kenney and J. Kreins

Dated: March  20, 2015          CITY OF VALLEJO

By: /s/ Kelly J. Trujillo                             .
        Claudia Quintana
        Kelly J. Trujillo
        Attorneys for Defendants City of Vallejo,
        D. Joseph, S. Kenny, and J. Kreins

Dated: March 10, 2015           BOWLES & VERNA LLP

By:  /s/ Lawrence Goldberg                          .
        Lawrence Goldberg
        William Nagle
        Attorneys for Plaintiffs Cynthia Mitchell and Joseph Johnson

# **ORDER**

The Court, having considered the foregoing stipulation of the parties, and good cause appearing therefor, the Court hereby orders that all "DOE" defendants alleged in the complaint of Plaintiffs Cynthia Mitchell and Joseph Johnson be and hereby are dismissed.

It is further ordered that the second, tenth and twelfth causes of action alleged in the complaint of Plaintiffs Mitchell and Johnson [Docket No. 2] be and hereby are dismissed with prejudice.

The court further orders that, by stipulation, the Defendants herein are precluded from recovery of attorney's fees and costs of litigation as to the aforementioned causes of action on the basis of this Court's order of dismissal of these claims.

Dated: 3/23/2015

                                /s/ John A. Mendez\_\_\_\_\_
                                John A. Mendez
                                U.S. District Court Judge

STIPULATION FOR DISMISSAL OF CLAIMS AND [PROPOSED] ORDER