MICHAEL P. VERNA (Bar No. 84070)
LAWRENCE D. GOLDBERG (Bar No. 168142)
WILLIAM T NAGLE (Bar No. 180162)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile:  (925) 935-0371
Email: mverna@bowlesverna.com
       lgoldberg@bowlesverna.com
       wangle@bowlesverna.com

Attorneys for Plaintiffs
JOSEPH L. JOHNSON, CYNTHIA A. MITCHELL
and JOHN WILSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. JOHNSON, an individual, CYNTHIA A. MITCHELL, an individual, and as successor-in-interest to decedent MARIO D.S.M. ROMERO, JOHN WILSON, an individual, and as successor-in-interest to decedent MARIO D.S.M. ROMERO<br>　　　　　　　　　　Plaintiffs,<br>vs.<br>THE CITY OF VALLEJO, a municipality and charter city, POLICE OFFICER DUSTIN B. JOSEPH, an individual, and POLICE OFFICER SEAN G. KENNEY, an individual,<br>　　　　　　　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO.: 2:13-CV-01072-JAM-KJN (CONSOLIDATED WITH CASE NO.: 2:13-CV-02060-JAM-KJN)<br><br>**STIPULATION AND ORDER JOINING JOHN WILSON AS A PARTY PURSUANT TO F.R.C.P. § 19**<br><br>**Courtroom 6, 14th Floor**<br><br>**Hon. John A. Mendez**<br><br>**Trial Date:  October 26, 2015**<br>**Pre-Trial Conf.: September 4, 2015** |

　　　All counsel has become aware of the existence of an additional heir to Mario Romero, John Wilson, Mr. Romero's biological father.   Mr. Wilson has consented to join this action as a plaintiff. The parties hereby stipulate that John Wilson be joined as a party Plaintiff to all remaining causes of action originally set forth by Plaintiff Cynthia Mitchell herein, as an individual and successor in

Bowles & Verna LLP
2121 N. California
Suite 875
Walnut Creek 94596

2:13-CV-01072-JAM-KJN

STIPULATION AND ORDER JOINING JOHN WILSON AS A PARTY PURSUANT TO F.R.C.P. § 19

interest to Mario Romero, and for all purposes including F.R.C.P. disclosures.[1]  The answer filed in this action (ECF No. 6) is deemed the answer to all of Mr. Wilson's claims.  Discovery remains closed with the limited exception that Mr. Wilson agrees to appear and testify at a deposition.  The pretrial conference remains scheduled for September 4, 2015 and the trial date remains October 26, 2015.

Dated: July 6, 2015            BOWLES & VERNA LLP


                               By:   /s/ William T. Nagle                          .
                                     Lawrence Goldberg
                                     William Nagle
                                     Attorneys for Plaintiffs
                                     J. JOHNSON, C. MITCHELL and J. WILSON


Dated: July 6, 2015            JONES & DYER


                               By:   /s/ Kristen K. Preston                        .
                                     Mark A. Jones
                                     Kristen K. Preston
                                     Attorneys for Defendants City of Vallejo,
                                      D. Joseph, S. Kenney

Dated: July 6, 2015            CITY OF VALLEJO


                               By:   /s/ Kelly J. Trujillo                         .
                                     Claudia Quintana
                                     Kelly J. Trujillo
                                     Attorneys for Defendants City of Vallejo,
                                     D. Joseph, S. Kenney

---

[1] All Mitchell causes of action that remain following the Court's ruling on Defendants' dispositive motions heard on April 8, 2015.

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that John Wilson be joined as
2 a party Plaintiff in this action pursuant to this Stipulation and F.R.C.P. § 19(b) as to all causes of
3 action pleaded on behalf of Plaintiff Cynthia Mitchell subject to the Court's order on Defendants'
4 motion for summary judgment/adjudication and for judgment on the pleadings heard April 8,
5 2015.  Defendants' original Answer to Plaintiffs' Complaint (ECF No. 6) is deemed an Answer to
6 all the claims stated by John Wilson.  Mr. Wilson is also added to Plaintiffs Johnson and
7 Mitchell's previously served statutory disclosures, including their F.R.C.P. 26 disclosure(s) and
8 expert witness disclosure(s).  Mr. Wilson will appear for deposition; otherwise discovery remains
9 closed.  The addition of John Wilson shall not alter the Pretrial Conference currently set for
10 September 4, 2015 nor the trial date currently set for October 26, 2015.

11
12  IT IS SO ORDERED.
13 DATE:  7/6/2015                                             /s/ John A. Mendez

14                                                                          _____
                                                                            Hon. John A. Mendez
15                                                                          UNITED STATES DISTRICT COURT JUDGE