1   CLAUDIA QUINTANA
    City Attorney, SBN 178613
2   BY: KELLY J. TRUJILLO
    Deputy City Attorney, SBN 244286
3   CITY OF VALLEJO, City Hall
    555 Santa Clara Street, P.O. Box 3068
4   Vallejo, CA 94590
    Tel: (707) 648-4545
5   Fax: (707) 648-4687

6   MARK A. JONES, SBN 96494
    KRISTEN K. PRESTON, SBN 125455
7   JONES & DYER
    A Professional Corporation
8   1800 J Street
    Sacramento, CA 95811
9   Tel: (916) 552-5959
    Fax: (916) 442-5959
10

11  Attorneys for Defendants City of Vallejo, Officer Dustin B. Joseph,
    Officer Sean G. Kenney and Vallejo Chief of Police Joseph M. Kreins
12
                    IN THE UNITED STATES DISTRICT COURT
13
                      EASTERN DISTRICT OF CALIFORNIA
14

15  JOSEPH L. JOHNSON, an individual,        Case No.: 2:13-CV-01072-JAM-KJN
    CYNTHIA A. MITCHELL, an individual,      (Consolidated with Case No.: 2:13-CV-
16  and as successor-in-interest and personal 02060-JAM-KJN)
    representative of decedent MARIO D.S.M.
17  ROMERO,                                  NOTICE OF SETTLEMENT

18                       Plaintiffs,

19  vs.

20  THE CITY OF VALLEJO, a municipality
    and charter city, POLICE OFFICER
21  DUSTIN B. JOSEPH, an individual,
    POLICE OFFICER SEAN G. KENNEY,
22  an individual, VALLEJO CHIEF OF
    POLICE JOSEPH M. KREINS, an
23  individual and DOES 1-5, inclusive,

24                       Defendants.

25  _____

26  AND CONSOLIDATED ACTIONS
    _____
27  ///

28  ///

                                    1
                        NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that all parties in this consolidated action have entered into a settlement that resolves all claims by all parties.

DATE: July 7, 2015

JONES & DYER

By: _____
MARK A. JONES
KRISTEN K. PRESTON
Attorneys for Defendants City of Vallejo,
Officer Dustin B. Joseph, Officer Sean G.
Kenney and Vallejo Chief of Police Joseph M.
Kreins