1 | CLAUDIA QUINTANA
City Attorney, SBN 178613
2 | BY: KELLY J. TRUJILLO
Deputy City Attorney, SBN 244286
3 | CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
4 | Vallejo, CA 94590
Tel: (707) 648-4545
5 | Fax: (707) 648-4687

6 | MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
7 | JONES & DYER
A Professional Corporation
8 | 1800 J Street
Sacramento, CA 95811
9 | Tel: (916) 552-5959
Fax: (916) 442-5959

Attorneys for Defendants City of Vallejo, Officer Dustin B. Joseph,
Officer Sean G. Kenney and Vallejo Chief of Police Joseph M. Kreins

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. JOHNSON, an individual, CYNTHIA A. MITCHELL, an individual, and as successor-in-interest and personal representative of decedent MARIO D.S.M. ROMERO,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF VALLEJO, a municipality and charter city, POLICE OFFICER DUSTIN B. JOSEPH, an individual, POLICE OFFICER SEAN G. KENNEY, an individual, VALLEJO CHIEF OF POLICE JOSEPH M. KREINS, an individual and DOES 1-5, inclusive,<br><br>Defendants. | Case No.: 2:13-CV-01072-JAM-KJN<br>(Related to Case No.: 2:13-CV-02060-JAM-KJN)<br><br>STIPULATION AND ORDER FOR DISMISSAL<br><br>**Honorable John A. Mendez** |

IT IS HEREBY stipulated and agreed by and between all plaintiffs and defendants City of Vallejo, Officer Dustin B. Joseph, Officer Sean G. Kenney and Vallejo Chief of Police Joseph M. Kreins by and through their undersigned counsel, that the complaint 2:13-CV-01072-JAM-KJN and

related case no. 2:13-02060-JAM-KJN filed herein be dismissed with prejudice as to all defendants pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), each party to bear their own attorney's fees and costs.

Dated: August 14, 2015    BOWLES & VERNA LLP

By: /s/ Michael P. Verna
MICHAEL P. VERNA
LAWRENCE D. GOLDBERG
Attorneys for Plaintiffs JOSEPH L. JOHNSON and CYNTHIA A. MITCHELL, individually and as successor-in-interest and personal representative of decedent MARIO D. S. M. ROMERO, and JOHN WILSON, individually and as successor-in-interest to decedent MARIO D.S.M. ROMERO

Dated: August 14, 2015    THE HALEY LAW OFFICES, P.C.

By: /s/ Matthew D. Haley
MATTHEW D. HALEY
CATHERINE HALEY
FULVIO F. CAJINA
Attorneys for Plaintiffs NXXXXXX RXXXXX, a minor, by and through her guardian ad litem, NATASHA STEPHENS, individually and Successor in Interest to Decedent MARIO ROMERO; CYNQUITA MARTIN, individually and as guardian ad litem for DXXXXX MXXXXX, and DXXXXX MXXXXX, both minors,; AHN KHE HARRIS, individually; and AHN LOC HARRIS, individually

DATE: August 14, 2015    CITY OF VALLEJO ATTORNEY

By: /s/ Kelly J. Trujillo
CLAUDIA QUINTANA
KELLY TRUJILLO
Attorneys for Defendants City of Vallejo, Officer Dustin B. Joseph, Officer Sean G. Kenney and Vallejo Chief of Police Joseph M. Kreins

1 | DATE: August 14, 2015        JONES & DYER

2

3                                By: /s/ Mark A. Jones                .
                                     MARK A. JONES
4                                    KRISTEN K. PRESTON
                                     Attorneys for Defendants City of
5                                    Vallejo, Officer Dustin B. Joseph,
                                     Officer Sean G. Kenney and Vallejo
6                                    Chief of Police Joseph M. Kreins

7

8                                **ORDER**

9        IT IS SO ORDERED.

10

11 | DATE: _____        _____.
                                  Honorable John A. Mendez
12                                United States District Court Judge