CLAUDIA QUINTANA
City Attorney, SBN 178613
BY: KELLY J. TRUJILLO
Deputy City Attorney, SBN 244286
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687

MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Tel: (916) 552-5959
Fax: (916) 442-5959

Attorneys for Defendants City of Vallejo, Officer Dustin B. Joseph,
Officer Sean G. Kenney and Vallejo Chief of Police Joseph M. Kreins

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. JOHNSON, an individual, CYNTHIA A. MITCHELL, an individual, and as successor-in-interest and personal representative of decedent MARIO D.S.M. ROMERO, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF VALLEJO, a municipality and charter city, POLICE OFFICER DUSTIN B. JOSEPH, an individual, POLICE OFFICER SEAN G. KENNEY, an individual, VALLEJO CHIEF OF POLICE JOSEPH M. KREINS, an individual and DOES 1-5, inclusive, <br><br> Defendants. | Case No.: 2:13-CV-01072-JAM-KJN (Related to Case No.: 2:13-CV-02060-JAM-KJN) <br><br> STIPULATION AND ORDER FOR DISMISSAL <br><br> **Honorable John A. Mendez** |

IT IS HEREBY stipulated and agreed by and between all plaintiffs and defendants City of Vallejo, Officer Dustin B. Joseph, Officer Sean G. Kenney and Vallejo Chief of Police Joseph M. Kreins by and through their undersigned counsel, that the complaint 2:13-CV-01072-JAM-KJN and

1  related case no. 2:13-02060-JAM-KJN filed herein be dismissed with prejudice as to all defendants

2  pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), each party to bear their own attorney's

3  fees and costs.

4  Dated:  August 14, 2015                               BOWLES & VERNA LLP

6                                                              By: /s/ Michael P. Verna                              .
7                                                                    MICHAEL P. VERNA
                                                                     LAWRENCE D. GOLDBERG
8                                                                    Attorneys for Plaintiffs JOSEPH L. JOHNSON and
                                                                     CYNTHIA A. MITCHELL, individually and as
9                                                                    successor-in-interest and personal representative of
                                                                     decedent MARIO D. S. M. ROMERO, and JOHN
10                                                                   WILSON, individually and as successor-in-interest
                                                                     to decedent MARIO D.S.M. ROMERO
11

12
    Dated:  August 14, 2015                               THE HALEY LAW OFFICES, P.C.
13

14
                                                                By: /s/ Matthew D. Haley                              .
15                                                                    MATTHEW D. HALEY
                                                                      CATHERINE HALEY
16                                                                    FULVIO F. CAJINA
                                                                      Attorneys for Plaintiffs NXXXXXX RXXXXX, a
17                                                                    minor, by and through her guardian ad litem,
                                                                      NATASHA STEPHENS, individually and
18                                                                    Successor in Interest to Decedent MARIO
                                                                      ROMERO; CYNQUITA MARTIN, individually
19                                                                    and as guardian ad litem for DXXXXX MXXXXX,
                                                                      and DXXXXX MXXXXX, both minors,; AHN
20                                                                    KHE HARRIS, individually; and AHN LOC
21                                                                    HARRIS, individually

22

23
    DATE:  August 14, 2015                                CITY OF VALLEJO ATTORNEY
24

25
                                                                By:  /s/ Kelly J. Trujillo
26                                                                    CLAUDIA QUINTANA
                                                                      KELLY TRUJILLO
27                                                                    Attorneys for Defendants City of
                                                                      Vallejo, Officer Dustin B. Joseph,
28                                                                    Officer Sean G. Kenney and Vallejo
                                                                      Chief of Police Joseph M. Kreins

DATE: August 14, 2015                  JONES & DYER

                                       By:  /s/ Mark A. Jones                       .
                                            MARK A. JONES
                                            KRISTEN K. PRESTON
                                            Attorneys for Defendants City of
                                            Vallejo, Officer Dustin B. Joseph,
                                            Officer Sean G. Kenney and Vallejo
                                            Chief of Police Joseph M. Kreins

**ORDER**

  IT IS SO ORDERED.

DATE: 8/14/2015                        /s/ John A. Mendez
                                       Honorable John A. Mendez
                                       United States District Court Judge